AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC AM 9:27
RE-FILED

United States of America
v.
Ezra Griffith

*Defendant*

Case: 1:24-cr-00056
Assigned To : Mehta, Amit P.
Assign. Date : 01/31/2024
Description: INDICTMENT (B)

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Ezra Griffith
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 922(g)(1)

Date: 1/31/2024

City and state: Washington, DC

2024.01.31
15:26:59
-05'00'

*Issuing officer's signature*

G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/1/2024, and the person was arrested on *(date)* 2/5/2024
at *(city and state)* Capital Heights, MD

Date: 2/5/2024

*Arresting officer's signature*

Nathan Wolf DUSM
*Printed name and title*