UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                          )   Criminal No. 24-cr-56 (APM)<br>)<br>EZRA GRIFFITH,                  )<br>)<br>Defendant.                         )<br>) | |

## VERDICT FORM

**Count One**

How do you find the defendant **EZRA GRIFFITH**, on the charge of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year?

_____ Not Guilty          ✓_____ Guilty

19 September 2024
DATE

Tues 2:52